# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1003.  NIAZUA JAMONTE BROWN v. THE STATE.**

In 2016, Niazua Jamonte Brown pleaded guilty to murder and other crimes. The trial court sentenced him to a total term of imprisonment of life plus five years. In October 2018, Brown filed a motion seeking an out-of-time appeal, which the trial court denied. The instant appeal followed. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Brown's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/08/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*